**Opinion issued February 9, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00655-CV

———————————

## IN THE INTEREST OF T. L. B. , A. J. AND L. J.

———

On Appeal from the 313th District Court
Harris County, Texas
Trial Court Case No. 2019-02943J

———

## MEMORANDUM OPINION

Our Court notified the parties that this appeal may be dismissed for want of jurisdiction because the record does not contain either a final judgment or an appealable interlocutory order. *See* TEX. R. APP. P. 42.3(a); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Appellant, L.W., subsequently filed an unopposed motion to dismiss her appeal for want of jurisdiction, averring that

neither a final judgment nor an appealable interlocutory order have been entered. Accordingly, we grant the motion and dismiss the appeal for want of jurisdiction. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Guerra.